NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LORICO S. EDWARDS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3236

---

Petition for review of the Merit Systems Protection Board in case no. SF0752110678-I-1.

---

**ON MOTION**

---

**ORDER**

Lorico S. Edwards moves for leave to file his brief out of time, which we treat as a motion for reconsideration of the court's dismissal of this petition for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the court's dismissal order is vacated, and the petition is reinstated.

(2) The Merit Systems Protection Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

**MAR 0 6 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lorico Edwards
     James M. Eisenmann, Esq.

s25

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**MAR 0 6 2012**

JAN HORBALY
CLERK